UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNDRAY WILSON, )<br>)<br>   Petitioner, )<br>v. )<br>)<br>STANLEY KNIGHT, )<br>)<br>   Respondent. ) | No. 1:06-cv-1646-DFH-TAB |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 5/1/2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

Stephanie Lynn Rothenberg
INDIANA STATE ATTORNEY GENERAL
Stephanie.Rothenberg@atg.in.gov

Undray Wilson
DOC #891719
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838